# EXHIBIT 31

# Filed Under Seal