IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOMINIQUE FREEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MAM USA CORPORATION,<br><br>Defendant. | Case No.: 20-cv-1834 |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(A)(ii) the undersigned attorneys hereby advise the Court that Plaintiff Dominique Freeman and Defendant MAM USA Corporation (collectively, the "Parties") stipulate to a dismissal without prejudice of all of Plaintiff's claims in the above-entitled cause of action without prejudice with the ability to request the matter be re-opened with permission of the Court.

IT IS HEREBY STIPULATED BY AND BETWEEN all the Parties hereto, through their respective undersigned attorneys, that the claims asserted by Plaintiff in this matter are dismissed without prejudice, without costs or attorney fees to any Party.

Respectfully submitted,

Dated: July 22, 2024  By: /s/ Melissa S Weiner
MELISSA S. WEINER
  mweiner@pwfirm.com
RYAN T. GOTT
  rgott@pwfirm.com
**PEARSON WARSHAW, LLP**
328 Barry Avenue S., Suite 200
Wayzata, MN 55391
Telephone: (612) 389 0600
Facsimile: (612) 389 0610

EDWIN J. KILPELA, JR.
  ek@waykayslay.com
JAMES M. LAMARCA
  jlamarca@waykayslay.com
**WADE KILPELA SLADE LLP**
6425 Living Place - Suite 200
Pittsburgh, PA 15206
Telephone: 412-314-0515

*Attorneys for Plaintiff*

/s/ David S. Becker
David S. Becker
Kristen E. Hudson
**DICKINSON WRIGHT PLLC**
55 W. Monroe Street, Suite 1200
Chicago Illinois 60603
dbecker@dickinsonwright.com
khudson@dickinsonwright.com
Telephone: (312) 641-0060
Fax: (844) 670-6009

Joshua L. Burgener
**DICKINSON WRIGHT PLLC**
424 Church Street, Suite 800
Nashville, Tennessee 37219
jburgener@dickinsonwright.com
Telephone: (615) 244-6538
Fax: (844) 670-6009

*Attorneys for Defendant*